An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

HUGO SANCHEZ,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 62332

**FILED**

MAY 2 9 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a judgment of conviction. Second Judicial District Court, Washoe County; Patrick Flanagan, Judge. Appellant's counsel has filed a motion and stipulation to voluntarily dismiss this appeal. The motion is accompanied by a voluntary dismissal signed by appellant that indicates that he understands the legal effects and consequences of voluntarily dismissing this appeal, including that he cannot seek to reinstate this appeal and that any issues that were or could have been brought in this appeal are forever waived. Cause appearing, we ORDER this appeal DISMISSED.[1]

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

---

[1]Because no remittitur will issue in this matter, *see* NRAP 42(b), the one-year period for filing a post-conviction habeas corpus petition under NRS 34.726(1) shall commence to run from the date of this order.

SUPREME COURT
OF
NEVADA

(O) 1947A

13-15762

cc: Hon. Patrick Flanagan, District Judge
Washoe County Public Defender
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk
Hugo Sanchez